DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE
P.O. Box 1513
Spokane, WA 99210-1513
(509) 747-8481

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:
NEIRA, APRIL

Debtor

Case No. 09-03421-FLK13

## TENDER OF UNCLAIMED FUNDS

TO: The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington

There is tendered herewith, the sum $8.46, BEING MONIES WHICH ARE UNCLAIMED in this case. The claimant entitled to these funds is as follows:

| Claimant | Last Known Address | Amount |
|---|---|---|
| NEIRA, APRIL | PO Box 11153<br>YAKIMA, WA 98909 | $8.46 |

Dated: July 23, 2010

_____
DANIEL H. BRUNNER, Chapter 13 Trustee

Receipt 4874763        7-28-10        $8.46